UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| CLEMENTE DALE, #280826, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00583 |
| | ) | |
| KAJEEN SALIH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

By Order entered November 1, 2023, the Court granted pauper status to Plaintiff Clemente Dale, screened his Complaint under the Prison Litigation Reform Act (PLRA), and found it subject to dismissal for failure to state a claim upon which relief can be granted. (Doc. No. 7). Nevertheless, the Court granted Plaintiff leave to amend his Complaint so that he could "present additional factual allegations against the proper defendant(s) concerning the claimed deprivation of his Eighth Amendment right to adequate medical care." (Id. at 6–7). The Court directed the Clerk to provide Plaintiff with a form to file an amended complaint and allowed him 30 days in which to make such filing. (Id. at 7). The Court explicitly warned Plaintiff that failure to file an amended complaint within 30 days or to seek an extension of this deadline before it expired would result in the dismissal of this action. (Id.).

More than 30 days have passed, and Plaintiff has not filed an amended complaint or any motion to extend the deadline for doing so. Accordingly, pursuant to the Court's Order of November 1, 2023, this action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).

This is the final order in this action. The Clerk **SHALL** enter judgment. Fed. R. Civ. P. 58(b)(1).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE